[No. 7473–7–II. Division Two. May 14, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LEWIS
L. FLANNERY, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 6275, Gary W. Velie, J., entered December 9, 1983. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 7554–7–II. Division Two. May 14, 1986.]

THE STATE OF WASHINGTON, *Appellant,* v. WILLIAM
NEAL MCCOY, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00417–9, Thomas L. Lodge, J., entered December 22, 1983. *Dismissed* by unpublished opinion per Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 7606–1–II. Division Two. May 15, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DEAN
K. ADAM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–1–01731–1, Thomas A. Swayze, Jr., J., entered January 24, 1984. *Affirmed* by unpublished opinion per Green, J., concurred in by Worswick, C.J., and Alexander, J.